ORDERED and ADJUDGED:

*AFFIRMED.  See* Fed. Cir. R. 36.

ORDERED and ADJUDGED:

AFFIRMED.  *See* Fed. Cir. R. 36.

**Richard H. CARLSON, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 07–3071.

United States Court of Appeals, Federal Circuit.

July 17, 2007.

Peter B. Broida, of Arlington, VA, argued for petitioner.

Joyce G. Friedman, Attorney, Office of the General Counsel, United States Merit Systems Protection Board, of Washington, DC, argued for respondent.  With her on the brief were B. Chad Bungard, General Counsel, Rosa M. Koppel, Deputy General Counsel, and Sara B. Rearden, Acting Associate General Counsel.

Before LOURIE, LINN, and MOORE, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

**Edward T. ARAKAKI, and Helen Arakaki, Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 06–5109.

United States Court of Appeals, Federal Circuit.

July 17, 2007.

R. Patrick Jaress, Jaress & Leong, of Honolulu, HI, argued for plaintiffs-appellants.

Steven M. Mager, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee.  With him on the brief were Peter D. Keisler, Assistant Attorney General;  Jeanne E. Davidson, Director;  and Kathryn A. Bleecker, Assistant Director.